FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPOKANE NEIGHBORHOOD FARMERS MARKETS, a Washington non-profit company,<br><br>Plaintiff,<br><br>v.<br><br>NOLI CDC CORPORATION, a Kentucky non-profit corporation and BULLHORN LLC, a Kentucky limited liability company,<br><br>Defendants. | No.  2:15-CV-0253-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 6, 2017, Plaintiff filed a Notice of Dismissal, ECF No. 6. Consistent with Federal Rule of Civil Procedure 41(a)(1),

**IT IS HEREBY ORDERED:**

**1.** Plaintiff's Notice of Dismissal, **ECF No. 6**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 7th day of March 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2